
RECEIVED
IN MONROE, LA
JAN 0 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JAMES METCALF**

VS

**WARDEN, LA STATE PENITENTIARY**

CIVIL NO. 3:05V1165
JUDGE JAMES
MAG. JUDGE KIRK

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas action, and, considering the record in this case, the requirements of 28 U.S.C. §2253, and the Supreme Court's decision in *Slack v. McDaniel*, 529 U. S. 473, 478 (2000), the court hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this ___6___ day of ___January___, 2006

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE